**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| **U.S. COMMODITY FUTURES TRADING COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ROBERT STANLEY HARRISON,**<br><br>**Defendant.** | **Civil Action No.** 8:13-327-GRA<br><br>**CONSENT ORDER FOR PRELIMINARY INJUNCTION AGAINST DEFENDANT** |

On February 6, 2013, Plaintiff Commodity Futures Trading Commission ("Commission") filed a Complaint against Robert Stanley Harrison ("Defendant"), seeking injunctive and other equitable relief, as well as the imposition of civil penalties, for alleged violations of the Commodity Exchange Act ("CEA"), 7 U.S.C. §§ 1 *et seq.*, and Commission Regulations ("Regulations"), 17 C.F.R. §§ 1.1 *et seq.* (Dkt. No. 1.) In addition, the Commission moved for a preliminary injunction. (Dkt. No. 4.)

The Court has considered the pleadings, exhibits, and memorandum filed in support of the Commission's motion for preliminary injunction, and any opposition papers filed thereto. The Court finds that Defendant, as evidenced by his signature below, acknowledges service of the Summons and Complaint, admits to this Court's jurisdiction over him and the subject matter of this action, and admits that venue lies properly with this Court. The Court further finds that Defendant, without admitting or denying the allegations of the Complaint, except as to jurisdiction and venue, consents to the entry of this Consent Order for Preliminary Injunction ("Order"). The Court also finds that Defendant's consent to this Order is entered into voluntarily and that no promise or threat has been made by the Commission, or any member, officer, agent, or representative of the Commission, to induce Defendant to consent to this Order.

**THE PARTIES AGREE AND THE COURT FINDS THAT:**

1. This Court has jurisdiction over the parties, subject matter, and transactions at issue in this action pursuant to Section 6c of the CEA, 7 U.S.C. § 13a-1 (Supp. IV 2011).

2. Venue properly lies with this Court pursuant to Section 6c(e) of the CEA, 7 U.S.C. § 13a-1(e) (Supp. IV 2011).

3. Defendant waives the entry of findings of facts and conclusions of law for purposes of this Order pursuant to Rule 52 of the Federal Rules of Civil Procedure.

## I. INJUNCTIVE RELIEF GRANTED

**IT IS THEREFORE ORDERED THAT:**

4. Defendant, and any person or entity acting in the capacity of an officer, agent, servant, employee or attorney of Defendant, are restrained, enjoined and prohibited, until further order of the Court, from directly or indirectly violating Sections 4b(a)(1)(A)-(C) and 4b(a)(2)(A)-(C) of the CEA, 7 U.S.C. §§ 6b(a)(1)(A)-(C) and 6b(a)(2)(A)-(C) (Supp. II 2009), Sections 4o(1), 4m(1), and 4k(2) of the CEA, 7 U.S.C. §§ 6o(1), 6m(1), and 6k(2) (2006), and Regulations 4.20 and 5.2(b), 17 C.F.R. §§ 4.20 and 5.2(b) (2012);

5. Defendant is also restrained, enjoined and prohibited, until further order of the Court, from directly or indirectly:

a. Trading on or subject to the rules of any registered entity (as that term is defined in Section 1a of the CEA, 7 U.S.C. § 1a (Supp. IV 2011));

b. Entering into any transactions involving commodity futures, options on commodity futures, commodity options (as that term is defined in Regulation 1.3 (hh), 17 C.F.R. § 1.3(hh) (2012)) ("commodity options"), security futures products, foreign currency (as described in Sections

2(c)(2)(B) and 2(c)(2)(C)(i) of the CEA, 7 U.S.C. §§ 2(c)(2)(B) and 2(c)(2)(C)(i) (Supp. IV 2011)) ("forex contracts"), and/or swaps (as that term is defined in Section 1a(47) of the CEA, 7 U.S.C. § 1a(47) (Supp. IV 2011), and as further defined by Regulation 1.3(xxx) (2012), 17 C.F.R. § 1.3(xxx) (2012)) for his own personal account or for any account in which he has a direct or indirect interest;

c. Having any commodity futures, options on commodity futures, commodity options, security futures products, forex contracts, and/or swaps traded on his behalf;

d. Controlling or directing the trading for or on behalf of any other person or entity, whether by power of attorney or otherwise, in any account involving commodity futures, options on commodity futures, commodity options, security futures products, forex contracts and/or swaps;

e. Soliciting, receiving or accepting any funds from any person for the purpose of purchasing or selling any commodity futures, options on commodity futures, commodity options, security futures products, forex contracts, and/or swaps;

f. Applying for registration or claiming exemption from registration with the Commission in any capacity, and engaging in any activity requiring such registration or exemption from registration with the Commission, except as provided for in Regulation 4.14(a)(9), 17 C.F.R. § 4.14(a)(9) (2012); and

g. Acting as a principal (as that term is defined in Regulation 3.1(a), 17

C.F.R. § 3.1(a) (2012)), agent or any other officer or employee of any person (as that term is defined in Section 1a of the CEA, 7 U.S.C. § 1a (Supp. IV 2011)) registered, exempted from registration or required to be registered with the Commission except as provided for in Regulation 4.14(a)(9), 17 C.F.R. § 4.14(a)(9) (2012).

## II. COURT MAINTAINS JURISDICTION

6. This Order shall remain in effect until further order of the Court and the Court shall retain jurisdiction over this action to ensure compliance with this Order and for all other purposes related to this action. Further, the Court's February 7, 2013 Statutory Restraining Order (Dkt. No. 12) and the terms and conditions set forth therein are incorporated herein by reference and shall remain in full force and effect until further order of this Court or as otherwise provided herein.

## III. BOND NOT REQUIRED OF PLAINTIFF

7. Plaintiff Commission is an agency of the United States of America and, accordingly, no bond need be posted by the Commission.

**IT IS SO ORDERED**, this 19th day of February, 2013, at Greenville, South Carolina at 10 :00 A.M.

[signature]
UNITED STATES DISTRICT JUDGE

**CONSENTED TO AND APPROVED BY:**

[signature]
Robert Stanley Harrison

Dated: 2/7/13

Amanda L. Harding
Daniel C. Jordan
U.S. Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, NW
Washington, D.C. 20581
Telephone: (202) 418-5968 (Harding)
Telephone: (202) 418-5339 (Jordan)
Facsimile: (202) 418-5937
aharding@cftc.gov
djordan@cftc.gov

Dated: 2/7/13

George L. Conits
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Telephone: (864) 282-2100
Facsimile: (864) 233-3158
george.conits@usdoj.gov

Dated: 2/15/13