# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ANDERSON DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ROBERT STANLEY HARRISON,<br><br>　　　　Defendant. | No. 8:13-cv-00327-JDA<br><br>Magistrate Judge Jacquelyn D. Austin<br><br>**UNOPPOSED MOTION FOR ENTRY OF CONSENT ORDER FOR PERMANENT INJUNCTION, CIVIL MONETARY PENALTY, AND OTHER EQUITABLE RELIEF AGAINST DEFENDANT ROBERT STANLEY HARRISON** |

　　　　1.　　Plaintiff U. S. Commodity Futures Trading Commission ("Commission") respectfully moves this Court to approve, sign and enter as final judgment the proposed Consent Order for Permanent Injunction, Civil Monetary Penalty, and Other Equitable Relief ("Consent Order"), submitted contemporaneously herewith. The Consent Order resolves the Commission's claims[1] against Robert Stanley Harrison ("Defendant") for violations of Sections 4b(a)(1)(A)-(C), 4b(a)(2)(A)-(C), 4o(1), 4m(1), and 4k(2) of the Commodity Exchange Act ("CEA"), 7 U.S.C. §§ 6b(a)(1)(A)-(C), 6b(a)(2)(A)-(C), 6o(1), 6m(1), and 6k(2), and Commission Regulations ("Regulations") 4.20 and 5.2(b), 17 C.F.R. §§ 4.20 and 5.2(b).

　　　　2.　　The Consent Order is fair, reasonable, consistent with the statutory scheme of the Commodity Exchange Act, 7 U.S.C. §1 *et seq.*, and is in the public interest.

　　　　3.　　The Commission consulted with Defendant's counsel who has seen and agreed to the Consent Order, as evidenced by his signature. As such, Defendant does not oppose this motion.

---

[1] The parties disagree on the imposition of permanent trading and registration bans on Defendant. This is the only issue remaining in the case. As such, the Commission will move by separate motion for the imposition of an additional permanent injunction.

1

4. Accordingly, the Commission respectfully requests that this Court sign the proposed Consent Order filed simultaneously with this motion.

Date: December 10, 2014

Respectfully Submitted,
Attorneys for Plaintiff
U.S. Commodity Futures Trading Commission

WILLIAM N. NETTLES
UNITED STATES ATTORNEY

By: s/George J. Conits
George J. Conits
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
p: (864) 282-2100
f: (864) 233-3158
george.conits@usdoj.gov

Amanda L. Harding
IL Bar No. 6299967 (admitted *pro hac vice*)
(202) 418-5968 (direct)
aharding@cftc.gov

Daniel C. Jordan
VA Bar No. 36382 (admitted *pro hac vice*)
(202) 418-5339 (direct)
djordan@cftc.gov

U.S. Commodity Futures Trading Commission
Division of Enforcement
Three Lafayette Centre
1155 21st Street NW
Washington, DC 20581
(202) 418-5000
(202) 418-5937 (facsimile)

## Certificate of Service

I certify that on 10th day of December 2014 the document above was served on the Defendant's counsel via the Court's ECF system.

s/George J. Conits
Asst.U.S. Attorney
