UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, <br> *Plaintiff,* <br><br> vs. <br><br> ROBERT STANLEY HARRISON, <br> *Defendant.* | ) <br> ) <br> ) <br> ) <br> ) No. 8:13-cv-327-GRA-JDA <br> ) <br> ) <br> ) |

## UNOPPOSED MOTION FOR SEVEN-DAY EXTENSION TO RESPOND TO MOTION FOR PERMANENT INJUNCTION [DKT. 87]

COMES NOW Defendant Robert Stanley Harrison and would respectfully show the Court as follows:

1. The Plaintiff has filed a motion for permanent injunction, the response to which is due by January 8, 2015. [Dkt. 87].

2. Mr. Harrison's counsel respectfully requests a seven-day extension to prepare the response.

3. The extension is necessary because undersigned counsel has several other matters also requiring his attention by January 8, 2015, including an oral argument before the Georgia Supreme Court, an oral argument before the South Carolina Court of Appeals, a reply brief to be filed with the Georgia Court of Appeals, two reply briefs to be filed in pending federal cases, and the Christmas and New Year's holidays.

4. The Plaintiff does not oppose this requested extension.

Respectfully submitted,

ROBERT STANLEY HARRISON

_____
Howard W. Anderson III
D.S.C. Bar #11456


Law Office of Howard W. Anderson III, LLC
PO Box 851
Clemson, SC 29633-0851
864-643-5790 (P)
864-332-9798 (F)
howard@hwalawfirm.com

2

## CERTIFICATE OF SERVICE

I, Howard W. Anderson III, certify that I filed a copy of the foregoing paper using the Court's CM/ECF system on March 4, 2013, which will deliver a copy to all registered participants. All parties in this case are registered to receive service via CM/ECF except for the following (if any), whom I have served this day by U.S. Mail, proper postage pre-paid:

N/A

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Howard W. Anderson III
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　D.S.C. Bar #11456

3